# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Ernesto Vitela
*Defendant(s)*

Case No. B-18-1131-MJ

United States District Court
Southern District of Texas
FILED

NOV 29 2018

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 29, 2018 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2252A | knowingly receives, or distributes, any visual depiction involving the use of a minor engaging in sexually explict conduct using any measns or facility of interstate or foreign commerce by any means including by computer |

This criminal complaint is based on these facts:

On Thursday, November 29, 2018, a federal search warrant was executed at ███████████████. During the federal search warrant execution, agents located multiple video and image files of child pornography.

During the interview of the suspect, Ernesto Vitela, he admitted to knowingly and intentionally downloading video and image files of child pornography.

☐ Continued on the attached sheet.

*Complainant's Signature*

Scott McIver    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

November 29, 2018
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya III    U.S. Magistrate Judge
*Printed name and title*